REDACTED



-FILED-

NOV 16 2022

At _____M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT |
| ) | |
| v.           ) | Cause No. 1:22-CR- 65 |
| ) | Violation: 18 U.S.C. § 922(g)(1) |
| JONATHON B. EASON       ) | |

THE GRAND JURY CHARGES:

On or about October 22, 2022, in the Northern District of Indiana,

JONATHON B. EASON,

defendant herein, knowing he had been convicted in a Court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On September 24, 2021, Jonathon B. Eason was sentenced on his conviction in the Allen Superior Court, State of Indiana, cause number 02D05-2103-F5-112, for Intimidation, a level 5 felony and Strangulation, a level 6 felony;

did knowingly possess a firearm and the firearm was in and affecting commerce;

All in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §2461(c).

Upon conviction of the offense alleged in this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in the commission of the offense.

A TRUE BILL

/s/ Foreperson
Foreperson

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY


/s/ Stacey R. Speith
By:   Stacey R. Speith
      Assistant United States Attorney