UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:22-CR-65 |
| | ) | |
| JONATHON B. EASON | ) | |

## NOTICE OF PENALTIES

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Stacey R. Speith, Assistant United States Attorney, and files its Notice of Penalties in this case, and states:

The defendant is charged in single count Indictment, alleging a violation of 18 U.S.C. § 922(g)(1).

If convicted defendant faces a term of imprisonment of not more than 15 years, a fine of not more than $250,000.00, or both such fine and imprisonment, a term of supervised release of not more than 3 years, forfeiture of items involved in the commission of the offense, and a $100.00 special assessment.

        Respectfully submitted,

        CLIFFORD D. JOHNSON
        UNITED STATES ATTORNEY

STACEY SPEITH
Digitally signed by STACEY SPEITH
Date: 2022.11.16 15:32:56 -05'00'

By:  Stacey R. Speith
      Assistant United States Attorney
      E. Ross Adair Federal Bldg. & U.S. Courthouse
      1300 S. Harrison Street, Room 3128
      Fort Wayne, IN 46802-3489
      Telephone: (260) 422-2595
      Facsimile:  (260) 426-1616
      E-mail Address: Stacey.speith@usdoj.gov