UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:22-CR-65 |
| | ) | |
| JONATHON B. EASON | ) | |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Stacey R. Speith, Assistant United States Attorney, and represents to the Court as follows:

1. The United States Attorney's Office filed an indictment on November 16, 2022, against the defendant. The indictment alleges that the defendant violated 18 U.S.C. § 922(g)(1).

2. The defendant is presently confined at the Allen County Jail, Fort Wayne, Indiana.

3. The United States requests that the Court set a date and time for defendant's initial appearance in the United States District Court for the Northern District of Indiana on the charges described above 7 days from the issuance of the Writ of Habeas Corpus ad Prosequendum.

WHEREFORE, your petitioner prays that this Honorable Court grant a Writ of Habeas Corpus ad Prosequendum to be directed to: Sheriff, Allen County Jail, 417 S. Calhoun Street, Fort Wayne IN, 46802, and United States Marshal, Northern District of Indiana, Fort Wayne, Indiana, commanding the surrender of the body of the defendant to the United States Marshal for the Northern District of Indiana, or one of his duly authorized deputies, or any authorized Marshal, so that the Marshal or deputy may produce the body of the defendant in the United States District Court in the E. Ross Adair Federal Building & United States Courthouse, 1300 South Harrison Street, Fort Wayne, Indiana, for an initial appearance and further proceedings herein on a date ordered by this Court and hold the defendant pending final disposition of this cause, including sentence, if any, the defendant thereafter to be returned by the United States Marshal or his deputies to the custody of those persons at that time therein entitled, under safe and secure conduct.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

/s/ Stacey R. Speith

By: Stacey R. Speith
Assistant United States Attorney
E. Ross Adair Federal Bldg.
& U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
Email Address:
Stacey.speith@usdoj.gov