UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:22-CR-65 |
| | ) | |
| JONATHAN B. EASON | ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Sheriff                                   and   United States Marshal
   Allen County Jail                              Northern District of Indiana
   417 S. Calhoun Street                          South Bend, IN
   Fort Wayne, IN 46802

GREETINGS:

The Court having set this cause for an initial appearance on November 30, 2022 at 3:00 p.m. and being advised that said defendant, is in the lawful custody and control of the Sheriff, Allen County Jail, 417 S. Calhoun Street, Fort Wayne, IN 46802,

It is ORDERED and ADJUDGED that said Sheriff, Allen County Jail, 417 S. Calhoun Street, Fort Wayne, IN 46802, be required and is hereby commanded to surrender the body of the defendant to the United States Marshal for the Northern District of Indiana, or any duly authorized deputy, or any authorized Marshal, for the purpose of producing the body of the said defendant in the United States District Court for the Northern District of

Indiana, E. Ross Adair Federal Building & United States Courthouse, 1300 South Harrison Street, Fort Wayne, Indiana, on the date and time specified above so that the said defendant may be present for further proceedings in a cause now pending against him in said Court and, pending the final disposition of this cause, including sentencing, if any, thereafter to be turned over by the United States Marshal for the Northern District of Indiana to the custody of those persons at that time thereto entitled, under safe and secure conduct and have you then and there this Writ.

Date:   11/21/2022

    s/Susan Collins
Honorable Susan Collins
United States Magistrate Judge