UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

APPEARANCE

UNITED STATES OF AMERICA )
)
) Case Number 1:22-CR-00065
v. )
)
)
JONATHAN EASON )

To the Clerk of this Court and all parties of record:

    I am admitted or otherwise authorized to practice in this court, and I appear as COUNSEL in this case for  JONATHAN EASON  .

Dated: December 2nd, 2022

/s/ David L. Joley
David L. Joley   #25648-02
JOLEY LAWFIRM PC
116 E. Berry Street
Suite 500
Fort Wayne, Indiana 46802
Telephone: (260) 426-0242
Fax: (260) 426-3360
attorneydavidjoley@msn.com

CERTIFICATE OF SERVICE

    I hereby certify that on the 2nd day of December, 2022, I electronically filed the foregoing with the Clerk of the Court for the United District Court for the Northern District of Indiana by using the CM/ECF system.

/s/ David L. Joley
David L. Joley