UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

MOTION TO CONTINUE DETENTION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case Number 1:22-CR-00065 |
| v. ) | |
| ) | |
| ) | |
| JONATHAN EASON ) | |

## MOTION FOR CONTINUANCE OF
## DETENTION / PROBABLE CAUSE HEARING

COMES NOW the Defendant, by counsel, pursuant to 18 U.S.C. 3142(2)(B) and moves for a continuance of the detention / probable cause hearing. In support thereof, the Defendant states as follows:

1. The undersigned was just appointed as counsel in this case;

2. The detention / probable cause hearing is scheduled for December 5th, 2022 at 2:30 p.m..;

3. That due to time constraints and short notice, the undersigned will be unable to review the contents of the Pretrial Services Report and gather witnesses if necessary with the Defendant prior to December 5th, 2022 at 2:30 p.m.;

4. That the undersigned accordingly requests that the Court continue the hearing date so that the undersigned may have time to meet with the Defendant prior the detention / probable cause hearing;

5. That the undersigned could be available for purposes of rescheduling the detention / probable cause hearing on Wednesday December 14th, 2022 Thursday December 15th, 2022.

6. Good cause exists, pursuant to 18 U.S.C. 3142, to continue this hearing for greater than (5) days from the original appearance of Mr. Eason, as Counsel for Mr. Eason needs additional time to procure possible witnesses and research possible issues for the detention portion of the hearing, and the attorney for the Government, Stacey Speith, is in trial during the week of December 5th.

7. Counsel has spoken with AUSA Stacey Speith, who does not object to the continuance, and has also spoken with Mr. Eason, who also does not object to the continuance.

8. That Counsel would stipulate to the hearing being conducted via video teleconference.

WHEREFORE, the Defendant, by counsel, prays that the Court continue the detention / probable cause hearing to Wednesday December 14th, 2022 or Thursday December 15th, 2022 or to another time convenient for all parties and the Court for the reasons stated herein, and for all other relief that is just and proper in the premises.

Dated: December 2nd, 2022

__s/ David L. Joley_____
David L. Joley    #25648-02
JOLEY LAWFIRM PC
116 E. Berry Street
Suite 500
Fort Wayne, Indiana  46802
Telephone:  (260) 426-0242

Fax: (260) 426-3360
attorneydavidjoley@msn.com

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December, 2022, I electronically filed the foregoing with the Clerk of the Court for the United District Court for the Northern District of Indiana by using the CM/ECF system.

/s/ David L. Joley
David L. Joley