# UNITED STATES DISTRICT COURT
### for the
Northern District of Indiana

-FILED-

DEC 07 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

United States of America
v.

JONATHON B EASON
*Defendant*

Case No. 1:22-CR-65-HAB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JONATHON B EASON,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:922(g)(1) Felon in Possession of a Firearm and Forfeiture

Date: 11/16/2022

s/Gary T. Bell
*Issuing officer's signature*

City and state: Fort Wayne, Indiana

Gary T. Bell, Clerk (mrm)
*Printed name and title*

### Return

This warrant was received on *(date)* 16 Nov. 2022, and the person was arrested on *(date)* 29 Nov 2022
at *(city and state)* Fort Wayne, IN

Date: 29 Nov 2022

*Arresting officer's signature*

Phillip Ealing ATF-TFO
*Printed name and title*