# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **No. 1:22-cr-65-HAB-SLC-1** |
| | **)** | |
| **JONATHON B EASON** | **)** | |

## DETENTION ORDER
### (Waiver of Detention Hearing for a Defendant Pending Trial)

With advice of counsel, Defendant, in open court, knowingly and voluntarily waived the right to a detention hearing, and Defendant consented to detention.

Defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant must be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED.

Entered this 14th day of December, 2022

/s/ Paul Cherry_____
Paul Cherry
United States Magistrate Judge