UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case Number 1:22-CR-00065 |
| v. ) | |
| ) | |
| ) | |
| JONATHAN EASON ) | |

### MOTION TO CONTINUE TRIAL DATE, FINAL PRETRIAL CONFERENCE AND EXTEND PLEA DEADLINE AND MOTIONS DEADLINE

Comes now the Defendant, Jonathan Eason, by counsel, and asks the Court to continue the trial date and final pretrial conference and to extend the plea deadline and motions deadline by ninety (90) days. In support of this motion, counsel would assert the following:

1. The Court established January 17th, 2023 as the pre-trial motions deadline; January 24th, 2023 as the plea deadline; January 31st, 2023 at 11:30 a.m. as the date of the final pretrial conference, and February 14th, 2023 as the first day of a two day jury trial in this case.

2. That the undersigned needs additional time to review documents necessary for the effective preparation of a defense.

3. The Defendant and the undersigned, David L. Joley, have discussed this continuance, and the Defendant has indicated he **does** consent to a continuance.

4. The government, by Assistant United States Attorney, Stacey Speith, does not object to this Motion.

5. This case is complex and due to the nature of the prosecution it is unreasonable to expect adequate preparation for pretrial proceedings and/or for the trial itself

      within the current time limits established by the Court.

6. Failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

7. The granting of a continuance in this matter will serve the ends of justice in such a way as to outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii) and (h)(7)(B)(iv).

WHEREFORE, Defendant, by counsel, respectfully requests the Court extend the pre-trial motions deadline to a date not earlier than April 17th, 2023, extend the plea deadline to a date not earlier than April 24th, 2023, continue the final pretrial conference to a date not earlier than May 1st, 2023, and that the Court continue the trial date to a date not earlier than May 15th, 2023.

Dated: January 16th, 2023

/s/ David L. Joley
David L. Joley    #25648-02
JOLEY LAWFIRM PC
116 E. Berry Street
Suite 500
Fort Wayne, Indiana 46802
Telephone: (260) 426-0242
Fax: (260) 426-3360
attorneydavidjoley@msn.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court for the United District Court for the Northern District of Indiana by using the CM/ECF system, and served the same on the United States of America at the known email address for service.

/s/ David L. Joley

–2–