**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:22-CR-65-HAB |
| | ) | |
| JONATHON B. EASON | ) | |

**ORDER**

This matter is before the Court on the Defendant's first Motion to Continue Trial Date, Final Pretrial Conference and Extend Plea Deadline and Motions Deadline [ECF No. 19], filed on January 16, 2023. The pretrial motions deadline is January 17, 2023. The two (2) day jury trial in this matter is currently scheduled to begin on February 14, 2023, and a final pretrial conference is set for January 31, 2023. Defendant's counsel requests an additional ninety (90) days as additional time is needed to review documents necessary for the effective preparation of a defense. The Government does not object to the Defendant's request for a continuance. The Defendant has no objection to a continuance. The parties understand that the period of delay resulting from this continuance will be excluded under the Speedy Trial Act.

The Court finds that the ends of justice served by granting this Motion outweigh the public's and the Defendant's interests in a speedy trial, particularly because a failure to grant such a continuance would deny counsel for the Defendant the reasonable time necessary to review discovery and effectively prepare for trial, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

The Court, being duly advised, GRANTS the Defendant's Motion to Continue [ECF No. 19]. All trial-related deadlines and hearing dates are VACATED. The final pretrial conference is RESET to May 2, 2023, at 10:30 AM before Judge Holly A. Brady. Counsel only to appear. The

two (2) day jury trial is RESET to begin on May 16, 2023, at 10:00 AM before Judge Holly A. Brady. Any reports required under FRCP 16(a)(1)(G) must be exchanged on or before May 2, 2023. The deadline for parties to file any plea agreement is April 25, 2023. The deadline for parties to file pretrial motions or a motion to continue trial-related deadlines is April 18, 2023. A defense motion must include the appropriate reference to the Speedy Trial Act, the proposed length of any requested continuance, the position of the Government, an indication of agreement by the Defendant and the position of Co-Defendants, if any.

The period of delay resulting from this continuance is to be excluded under the terms of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

SO ORDERED on January 17, 2023.

 s/ Holly A. Brady
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT