UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case Number 1:22-CR-00065 |
| v. ) | |
| ) | |
| JONATHAN EASON ) | |

## MOTION TO CONTINUE TRIAL DATE, FINAL PRETRIAL CONFERENCE AND EXTEND PLEA DEADLINE AND MOTIONS DEADLINE

Comes now the Defendant, Jonathan Eason, by counsel, and asks the Court to continue the trial date and final pretrial conference and to extend the plea deadline and motions deadline by one hundred and twenty (120) days. In support of this motion, counsel would assert the following:

1. The Court established July 18th, 2023 as the pre-trial motions deadline; July 25th, 2023 as the plea deadline; August 1st, 2023 at 10 a.m. as the date of the final pretrial conference, and August 15th, 2023 as the first day of a two day jury trial in this case.

2. That the undersigned needs additional time to review documents necessary for the effective preparation of a defense, and research all necessary issues, including researching possible defenses based on current case law in regards to the 2nd Amendment.

3. The Defendant and the undersigned, David L. Joley, have discussed this continuance, and the Defendant has indicated he **does** consent to a continuance.

4. The government, by Assistant United States Attorney, Stacey Speith, does not

object to this Motion.

5. This case is complex and due to the nature of the prosecution it is unreasonable to expect adequate preparation for pretrial proceedings and/or for the trial itself within the current time limits established by the Court.

6. Failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

7. The granting of a continuance in this matter will serve the ends of justice in such a way as to outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii) and (h)(7)(B)(iv).

WHEREFORE, Defendant, by counsel, respectfully requests the Court extend the pre-trial motions deadline to a date not earlier than November 15th, 2023, extend the plea deadline to a date not earlier than November 22nd, 2023, continue the final pretrial conference to a date not earlier than November 30th, 2023, and that the Court continue the trial date to a date not earlier than December 17th, 2023.

Dated: July 17th, 2023                                   /s/ David L. Joley
                                                                      David L. Joley    #25648-02
                                                                      JOLEY LAWFIRM PC
                                                                      116 E. Berry Street
                                                                      Suite 500
                                                                      Fort Wayne, Indiana  46802
                                                                      Telephone: (260) 426-0242
                                                                      Fax: (260) 426-3360

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2023, I electronically filed the foregoing with the Clerk of the Court for the United District Court for the Northern

District of Indiana by using the CM/ECF system, and served the same on the United States of America at the known email address for service.

/s/ David L. Joley