**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:22-CR-65-HAB |
| | ) | |
| JONATHON B. EASON | ) | |

**ORDER**

This matter is before the Court on the Defendant's third Motion to Continue Trial Date, Final Pretrial Conference and Extend Plea Deadline and Motions Deadline [ECF No. 23], filed on July 17, 2023. The pretrial motions deadline is July 18, 2023. The two (2) day jury trial in this matter is currently scheduled to begin on August 15, 2023, and a final pretrial conference is set for August 1, 2023. Defendant's counsel requests an additional one hundred twenty (120) days as additional time is needed to review documents necessary for the effective preparation of a defense and research all necessary issues, including researching possible defenses based on current case law in regard to the 2nd Amendment. The Government does not object to the Defendant's request for a continuance. The Defendant has no objection to a continuance. The parties understand that the period of delay resulting from this continuance will be excluded under the Speedy Trial Act.

The Court finds that the ends of justice served by granting this Motion outweigh the public's and the Defendant's interests in a speedy trial, particularly because a failure to grant such a continuance would deny counsel for the Defendant the reasonable time necessary to review discovery and effectively prepare for trial, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

The Court, being duly advised, GRANTS the Defendant's Motion to Continue [ECF No. 23]. All trial-related deadlines and hearing dates are VACATED. The final pretrial conference is

RESET to November 28, 2023, at 11:00 AM before Judge Holly A. Brady. Counsel only to appear. The two (2) day jury trial is RESET to begin on December 12, 2023, at 10:00 AM before Judge Holly A. Brady. Any reports required under FRCP 16(a)(1)(G) must be exchanged on or before November 28, 2023. The deadline for parties to file any plea agreement is November 21, 2023. The deadline for parties to file pretrial motions or a motion to continue trial-related deadlines is November 14, 2023. A defense motion must include the appropriate reference to the Speedy Trial Act, the proposed length of any requested continuance, the position of the Government, an indication of agreement by the Defendant and the position of Co-Defendants, if any.

The period of delay resulting from this continuance is to be excluded under the terms of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

SO ORDERED on July 18, 2023.

s/ Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT