# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.: 1:22-CR-65-HAB |
| ) | |
| JONATHON B. EASON ) | |

## ORDER

This matter is before the Court on the Defendant's fourth Motion to Continue Pretrial Motion Cutoff Date, Plea Agreement Deadline, Final Pretrial Conference and Trial [ECF No. 25], filed on November 8, 2023. The pretrial motions deadline is November 14, 2023. The two (2) day jury trial in this matter is currently scheduled to begin on December 12, 2023, and a final pretrial conference is set for November 28, 2023. Defendant's counsel requests an additional thirty (30) days as counsel is involved in another trial that is scheduled to proceed forward the same week of this trial. Additionally, counsel will need time to fully research all issues for possible defenses, as well as any possible sentencing issues prior, which will also require additional time. The Government does not object to the Defendant's request for a continuance. The Defendant has no objection to a continuance. The parties understand that the period of delay resulting from this continuance will be excluded under the Speedy Trial Act.

The Court finds that the ends of justice served by granting this Motion outweigh the public's and the Defendant's interests in a speedy trial, particularly because a failure to grant such a continuance would deny counsel for the Defendant the reasonable time necessary to review discovery and effectively prepare for trial, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

The Court, being duly advised, GRANTS the Defendant's Motion to Continue [ECF No. 25]. All trial-related deadlines and hearing dates are VACATED. The final pretrial conference is RESET to January 2, 2024, at 11:00 AM before Chief Judge Holly A. Brady. Counsel only to appear. The two (2) day jury trial is RESET to begin on January 16, 2024, at 10:00 AM before Chief Judge Holly A. Brady. Any reports required under FRCP 16(a)(1)(G) must be exchanged on or before January 2, 2024. The deadline for parties to file any plea agreement is December 26, 2023. The deadline for parties to file pretrial motions or a motion to continue trial-related deadlines is December 19, 2023. A defense motion must include the appropriate reference to the Speedy Trial Act, the proposed length of any requested continuance, the position of the Government, an indication of agreement by the Defendant and the position of Co-Defendants, if any.

The period of delay resulting from this continuance is to be excluded under the terms of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

SO ORDERED on November 9, 2023.

    s/ Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT