| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | **FILED** | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | | 02D05-2103-F5-000112 |
| COUNTY OF ALLEN | ) | MAR 24 2021 | |
| STATE OF INDIANA | ) | | COUNT I |
| | ) | | LEVEL 5 FELONY |
| VS. | ) | | |
| Jonathon B. Eason AKA: Jonathan Eason | ) | | |

## INFORMATION FOR INTIMIDATION
I.C. 35-45-2-1
354521a1F5-7276

Undersigned, upon information and belief, being duly sworn upon oath, says that: On or about the 18th day of March, 2021, in the County of Allen and in the State of Indiana, said defendant, Jonathon Eason, did while armed with a deadly weapon, knowingly or intentionally communicate a threat to another person, Aletha Mack, with the intent that Aletha Mack be placed in fear that the threat will be carried out, being contrary to the form of the statute in such case made and provided.

Dated this 23rd day of March, 2021.

_____
Deputy Prosecuting Attorney

0158615/zmattingly

STATE OF INDIANA 02D05. 21 03 FF 000651 2

VS.

Jonathon B. Eason
AKA Jonathan Eason

3003 W. Coliseum Blvd.
Fort Wayne, IN 46808

M/BLK
DOB: 11/20/1987
HGT: 5'10"/WGT: 225
HAIR: BLK/EYES: BRN
FWPD PHOTO ID: 22883

COUNT I

INFORMATION FOR
INTIMIDATION
LEVEL 5 FELONY

FWPD 21-27941
NCIC 1316
0158615

WITNESSES: Any and all witnesses listed in discovery materials provided to Defendant and/or Counsel including

911 Keeper of Records
Scott Wilson, FWPD #1757
Keith M Harris, FWPD #1942
Shay Beaver, FWPD #1961
Joel B Saxton, FWPD #1951
Joel Jackson, FWPD #2000F
Jason R. Brown, FWPD #1577
Craig Kiger, FWPD #1615
Aletha Mack
Kamaria Miles
Theresa Miles
Tyler Campbell
Toby Shephard

Approved by me:

*[signature]*
Karen E. Richards
Prosecuting Attorney
38th Judicial Circuit
State of Indiana

BOND $10,000.00 subject to PTS Conditions

0158615/zmattingly

FILED

MAR 24 2021

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE ALLEN SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF ALLEN ) | | |

STATE OF INDIANA ) COUNT II
) 
) LEVEL 6 FELONY
VS. )
)
)
Jonathon B. Eason )
AKA: Jonathan Eason

## INFORMATION FOR STRANGULATION
I.C. 35-42-2-9
354229cF6-6858

Undersigned, upon information and belief, being duly sworn upon oath, says that: On or about the 18th day of March, 2021, in the County of Allen and in the State of Indiana, said defendant, Jonathon Eason, did knowingly or intentionally, in a rude insolent or angry manner, apply pressure to the throat or neck of another person, Aletha Mack, in a manner that impeded the normal breathing or the blood circulation of Aletha Mack, being contrary to the form of the statute in such case made and provided.

Dated this 23rd day of March, 2021.

_____
Deputy Prosecuting Attorney

0158615/zmattingly

STATE OF INDIANA           02D06- 21 03 . F6 . 00 0112

VS.

Jonathon B. Eason                                    M/BLK
AKA: Jonathan Eason                                  DOB: 11/20/1987
                                                     HGT: 5'10"/WGT: 225
3003 W. Coliseum Blvd.                               HAIR: BLK/EYES: BRN
Fort Wayne, IN  46808                                FWPD PHOTO ID: 22883

COUNT II

INFORMATION FOR                                      FWPD 21-27941
STRANGULATION                                        NCIC 1399
LEVEL 6 FELONY                                       0158615

WITNESSES: Any and all witnesses listed in discovery materials provided to Defendant and/or Counsel including

911 Keeper of Records
Scott Wilson, FWPD #1757
Keith M Harris, FWPD #1942
Shay Beaver, FWPD #1961
Joel B Saxton, FWPD #1951
Joel Jackson, FWPD #2000F
Jason R. Brown, FWPD #1577
Craig Kiger, FWPD #1615
Aletha Mack
Kamaria Miles
Theresa Miles
Tyler Campbell
Toby Shephard


Approved by me:

*(signature)*
Karen E. Richards
Prosecuting Attorney
38th Judicial Circuit
State of Indiana

BOND $2,500.00 subject to PTS Conditions

0158615/zmattingly

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | MAR 24 2021 |
| | | |
| STATE OF INDIANA | ) | COUNT III |
| | ) | |
| | ) | CLASS A MISDEMEANOR |
| VS. | ) | |
| | ) | |
| | ) | |
| Jonathon B. Eason | ) | |
| AKA: Jonathan Eason | | |

FILED

## INFORMATION FOR DOMESTIC BATTERY
I.C. 35-42-2-1.3
3542213a1MA

Undersigned, upon information and belief, being duly sworn upon oath, says that: On or about the 18th day of March, 2021, in the County of Allen and in the State of Indiana, said defendant, Jonathon Eason, did knowingly or intentionally touch Aletha Mack, who is or was a family or household member, in a rude, insolent or angry manner, being contrary to the form of the statute in such case made and provided.

Dated this 23rd day of March, 2021.

_____
Deputy Prosecuting Attorney

0158615/zmattingly

STATE OF INDIANA    02D05-2103-FG-000112

VS.

Jonathon B. Eason
AKA: Jonathan Eason

3003 W. Coliseum Blvd.
Fort Wayne, IN 46808

M/BLK
DOB: 11/20/1987
HGT: 5'10"/WGT: 225
HAIR: BLK/EYES: BRN
FWPD PHOTO ID: 22883

COUNT III

INFORMATION FOR
DOMESTIC BATTERY
CLASS A MISDEMEANOR

FWPD 21-27941
NCIC 1399
0158615

WITNESSES: Any and all witnesses listed in discovery materials provided to Defendant and/or Counsel including

911 Keeper of Records
Scott Wilson, FWPD #1757
Keith M Harris, FWPD #1942
Shay Beaver, FWPD #1961
Joel B Saxton, FWPD #1951
Joel Jackson, FWPD #2000F
Jason R. Brown, FWPD #1577
Craig Kiger, FWPD #1615
Aletha Mack
Kamaria Miles
Theresa Miles
Tyler Campbell
Toby Shephard

Approved by me:

Karen E. Richards
Prosecuting Attorney
38th Judicial Circuit
State of Indiana

BOND $750.00 subject to PTS Conditions

0158615/zmattingly